SDC- BALTIMORE
25 JAN 10 AM 10:33

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that the following facts are true and accurate, and that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On February 5, 2022, officers from the Baltimore Police Department responded to reports of gunshots at 2014 Harford Road. At the scene, they found three people with gunshot wounds: two men and one woman.

Police and Emergency Medical Services secured the scene and transported the victims to Johns Hopkins Hospital. Police investigation revealed that a physical altercation had taken place inside the event venue during a birthday celebration. The altercation escalated and continued outside the venue, Individual 1 produced a firearm and began shooting at Male Victim 1 and Female Victim, striking both individuals. Individual 2 ran towards the commotion and shot Individual 1 before fleeing the scene. Individual 1 died days later in the hospital. Police determined that the firearms used in the shooting had been stolen from the scene after the altercation had ended.

Over an intensive investigation by the BPD Homicide Unit, police developed probable cause to believe that the firearm(s) involved in the shooting were being stored at 2856 Lake Avenue, Baltimore, Maryland, where Defendant Kenneth Gunthrop resided. Police did not believe Defendant was involved in the shooting.

On February 14, 2022, Baltimore Police Department officers executed a search warrant at 2856 Lake Avenue. Defendant, who was present in the residence, was advised of his rights prior to the police search. Police recovered a black Taurus G2C 9mm handgun bearing serial number ADB962619 and a firearm magazine containing 4 live rounds of 9mm ammunition located in a toolbox in Defendant's basement. When asked about the weapon, Defendant stated that he took the firearm from the scene of the Harford Road shooting.

Defendant was taken to BPD Homicide, where he made another post-Miranda statement admitting to taking the gun from the crime scene knowing it had been used in the shooting. Ballistics analysis later confirmed the firearm found Defendant's home matched cartridge casings found at the 2014 Harford Road crime scene.

The firearm was test-fired and determined to be operable. An interstate nexus expert confirmed that both the firearm and the ammunition were manufactured outside of Maryland and thus affected interstate commerce.

Defendant knowingly possessed the firearm and ammunition. Defendant also agrees that, prior to possessing the firearm on February 14, 2022, Defendant had been convicted of a crime

Rev. August 2018

punishable by imprisonment for a term exceeding one year, his civil rights had not been restored, and he had knowledge of this status when he possessed the firearm.

Defendant further agrees that he knowingly removed physical evidence, a firearm, from the Harford Road crime scene and concealed the firearm in his Lake Avenue residence.

All the above-described events took place in the District of Maryland.

SO STIPULATED:

_____
Jacob Gordin
Special Assistant U.S. Attorney

12-20-24
Date

_____
Kenneth Gunthrop
Defendant

12-20-24
Date

_____
Courtney Francik, Esq.
Counsel for Defendant

Rev. August 2018